# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEON MAQUANTA JONES

NO. 2026 KW 0619

**JULY 2, 2026**

---

In Re:     Deon Maquanta Jones, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 50645.

---

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED.**

                        **AHP**
                        **HG**
                        **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT